**IT IS SO ORDERED.**

**Dated: 9 October, 2020 01:58 PM**

JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-15642 |
| | ) | |
| Tareq A. Allan, | ) | Chapter 7 Case |
| | ) | |
| Debtor. | ) | Judge Jessica E. Price Smith |
| | ) | |
| Raida A. Allan, | ) | |
| | ) | Adv. No. 19-01129 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| Tareq A. Allan, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AND ORDER**

Pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as made applicable to this adversary proceeding by Rule 7041 of the Bankruptcy Rules, the parties hereby stipulate to dismissal of this adversary proceeding, without prejudice.

# # #

Submitted and approved by:

*/s/ David O. Simon*

David O. Simon, #0006050
D. O. Simon Company, LPA
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6021; Fax: (888) 467-4181
david@simonlpa.com
Attorney for Plaintiff

*/s/ Adam S. Baker*

Adam S. Baker, #0069000
Baker, Baker & Baker LLC
55 Public Square, Suite 1330
Cleveland, OH 44113
(216) 771-3966; Fax: (216) 771-4124
adam@bakerlaw.us
Attorney for Defendant

Service:

David O. Simon, Esq. (ECF)
Adam S. Baker, Esq. (ECF)